## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 304 WAL 2020

        Respondent                :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

       v.                             :

                                        :

RONNIE AUSTIN,                      :

        Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 305 WAL 2020

        Respondent                :

                                          :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

       v.                             :

RONNIE AUSTIN,                      :

        Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.